```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANSANO CONSTRUCTION CORP.,                      :
                                                :
                              Plaintiff,        :
              -against-                         :        24-cv-05240 (VEC)
                                                :
                                                :             ORDER
MT. HAWLEY INSURANCE COMPANY,                   :
                                                :
                              Defendant.        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 25, 2025, Defendant Mt. Hawley Insurance Company moved for summary judgment, *see* Dkt. 19;

WHEREAS on May 23, 2025, Plaintiff Ansano Construction Corporation cross-moved for summary judgment, *see* Dkt. 22;

WHEREAS Rule 4.G.ii of the Undersigned's Individual Practices in Civil Cases requires parties who oppose or cross-move for summary judgment to reproduce each entry in the moving party's 56.1 Statement and set out the their response directly beneath each allegation in a 56.1 Counterstatement, stating specifically what is admitted or disputed and citing specific portions of the evidentiary record that supports the existence of a genuinely disputed fact; in short, the Court should have one, final consolidated 56.1 Statement at the time the summary judgment cross-motions are fully briefed; and

WHEREAS Plaintiff did not comply with the Undersigned's Individual Practices and instead submitted a 56.1 Statement that failed to reproduce the entries in Defendant's 56.1 Statement and did not respond to the assertions in Defendant's 56.1 Statement, *see* Dkt. 23-1;

IT IS HEREBY ORDERED that by **Thursday, May 29, 2025**, Plaintiff must submit a revised 56.1 Statement that complies with the Undersigned's Individual Practices. Failure to do so may result in the Court treating the assertions in Defendant's 56.1 Statement as undisputed.

**SO ORDERED.**

**Date: May 27, 2025**
**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**