**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
ANSANO CONSTRUCTION CORP,

                     Plaintiff,                          24 **CIVIL** 5240 (VEC)

        -against-                              **JUDGMENT**

  MT. HAWLEY INSURANCE COMPANY,

                     Defendant.
--------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 3, 2025, Mt. Hawley's motion for summary judgment is GRANTED, and Ansano's cross-motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 4, 2025

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

                  **BY:**

                                      **Deputy Clerk**